THE STATE OF OHIO, APPELLANT AND CROSS-APPELLEE, *v.* HELMS, APPELLEE AND CROSS-APPELLANT.

[Cite as *State v. Helms,* 128 Ohio St.3d 352, 2011-Ohio-738.]

*Discretionary appeal accepted, discretionary cross-appeal not accepted, judgment of the court of appeals vacated in part, and cause remanded to the court of appeals for application of State v. Johnson.*

(No. 2010-1953 — Submitted February 1, 2011 — Decided February 22, 2011.)

APPEAL from the Court of Appeals for Mahoning County, No. 08 MA 199, 2010-Ohio-4872.

_____

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The discretionary cross-appeal is not accepted.

{¶ 3} The portion of the judgment of the court of appeals addressing appellant's first assignment of error below is vacated on the authority of *State v. Johnson*, 128 Ohio St.3d 153, 2010-Ohio-6314, 942 N.E.2d 1061, and the cause is remanded to the court of appeals for application of our decision in *State v. Johnson*.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, and MCGEE BROWN, JJ., concur.

LANZINGER, J., concurs but would also accept the cross-appeal on Proposition of Law No. II.

CUPP, J., dissents and would not accept the appeal.

_____

Paul J. Gains, Mahoning County Prosecuting Attorney, and Ralph M. Rivera, Assistant Prosecuting Attorney, for appellant and cross-appellee.

Gary L. Van Brocklin, for appellee and cross-appellant.

_____